UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| VILMARIE WRIGHT, | ) Civil Action No. 0:20-cv-01864-PJG |
| Plaintiff, | ) |
| v. | ) |
| ANDREW SAUL,<br>Commissioner of Social Security<br>Administration, | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 10th day of February, 2021, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

February 10, 2021
Columbia, South Carolina

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE